UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSALIND YOUNGBLOOD

VERSUS                                          CIVIL ACTION NO. 07-250-A

COVENANT SECURITY SVC,
LLC, ET AL

## RULING ON MOTION

Plaintiff has filed a motion to dismiss two of the defendants without prejudice. The court will dismiss without prejudice only upon written consent of each defendant to be so dismissed. The motion to dismiss without prejudice (doc. 30) is hereby **DENIED**.

Baton Rouge, Louisiana, January 18, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA